FILED

10/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0358

_____

CHRISTINA SCHMID and JENNIFER POWERS,

      Plaintiff and Appellants,

      v.

JAE NOTTI, SUSIE NOTTI and ET CATTLE
COMPANY, LLC,

      Defendants and Appellees.

_____

O R D E R

On July 23, 2021, counsel for Appellants Christina Schmid and Jennifer Powers filed a Notice of Appeal in this matter. In that Notice, counsel asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). Counsel further filed a Notice of Transcript Deemed Necessary for Appeal in which counsel asserted that arrangements for ordering and paying for the necessary transcripts had been undertaken. Under M. R. App. P. 9(1), the record on appeal, including necessary transcripts, shall be transmitted to this Court within 40 days unless certain conditions are met. On August 13, 2021, the District Court record was filed in this Court. To date, no transcripts have been filed, nor has this Court received any requests for extension of time.

IT IS ORDERED that, on or before November 8, 2021, counsel shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporter Sandra Blakesley.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 18 2021